1 | REBECCA L. MCKEE-REIMBOLD, Interim City Attorney, SBN 279485
2 | NADIN S. SAID, Assistant City Attorney, SBN 309802
JESSICA E. RICO-ZUBER, Deputy City Attorney, SBN 283672
3 | CECILIA ROJAS, Deputy City Attorney, SBN 340468
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
4 | Riverside, California 92501
Telephone (951) 826-5567
5 | Facsimile (951) 826-5540
GForce@riversideca.gov
6 |

7 | Attorneys for Defendant, CITY OF RIVERSIDE,
a California charter city and municipal corporation
(erroneously sued as "CITY OF RIVERSIDE")
8 |

9 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DEVIN RICHMOND, | ) | CASE NO. 5:25-cv-00372-FMO-DTB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | District Judge Fernando M. Olguin |
| v. | ) | Magistrate Judge David T. Bristow |
| | ) | |
| CITY OF RIVERSIDE; and DOES | ) | |
| 1 through 25, inclusive, | ) | [~~PROPOSED~~] ORDER RE: |
| | ) | STIPULATED PROTECTIVE ORDER |
| Defendants. | ) | |
| | ) | |

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

GOOD CAUSE SHOWN, THE STIPULATED PROTECTIVE ORDER IS

ADOPTED BY ALL PARTIES.

**IT IS SO ORDERED.**

Dated: September 30, 2025

_____
Hon. David T. Bristow

CASE NO. 5:25-cv-00372-FMO-DTB
[~~PROPOSED~~] ORDER RE: STIULATED PROTECTIVE ORDER