REBECCA L. MCKEE-REIMBOLD, Interim City Attorney, SBN 279485
NADIN S. SAID, Assistant City Attorney, SBN 309802
JESSICA E. RICO-ZUBER, Deputy City Attorney, SBN 283672
CECILIA ROJAS, Deputy City Attorney, SBN 340468
**OFFICE OF THE CITY ATTORNEY – City of Riverside**
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567
Facsimile (951) 826-5540
GForce@riversideca.gov

Attorneys for Defendant, CITY OF RIVERSIDE,
a California charter city and municipal corporation
(erroneously sued as "CITY OF RIVERSIDE")

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN RICHMOND,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-00372-FMO-DTB<br><br>District Judge Fernando M. Olguin<br>Magistrate Judge David T. Bristow<br><br>**Status Report Re: Settlement** |

1. Plaintiff and Defendant ("Parties") are the midst of discussions of settlement.
2. On December 2, 2025, Plaintiff's counsel and Defendant's counsel informally met to discuss settlement.
3. On December 3, 2025, Defendant's counsel asked Plaintiff's counsel to give a formal demand to present to Defendant.
4. On December 3, 2025, Plaintiff's counsel made a formal demand to Defendant's counsel.
5. Defendant's counsel has presented the demand to Defendant. Defendant is evaluating the demand.

6. If settlement is not reached by the parties, the parties agree to Court Mediator, Arthur K. Cunnigham.

DATED: December 12, 2025        McCUNE LAW GROUP

By: _____
Joseph L. Richardson
Attorney for Plaintiff

DATED: December 12, 2025        OFFICE OF THE CITY ATTORNEY

By: _____
JESSICA E. RICO-ZUBER
CECILIA ROJAS
Attorneys for Defendant CITY OF RIVERSIDE